UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK KEITH WILLIAMS,  No. C 06-4038 MHP (pr)

    Plaintiff,  **ORDER OF DISMISSAL**

    v.

CHAIRPERSON C. SCAVETTA; et al.,

    Defendants.
                                                     /

    This pro se civil action was filed on June 29, 2006, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee and did not file the materials needed to complete the in forma pauperis application. Specifically, he did not file an inmate trust account statement or a certificate of funds in his account completed and signed by an authorized officer at the prison  The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new complaint to commence that new action.  The clerk shall close the file.

    IT IS SO ORDERED.

DATED: September 27, 2006

                                                    Marilyn Hall Patel
                                                    United States District Judge